# jackson lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial is: 631-247-4675
My Email Address is: ADAM.GUTTELL@JACKSONLEWIS.COM

January 31, 2020

**VIA ECF**

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

FEB 0 3 2020

Re:  *Vuppala v. Paul Smith LLC, et al.*
     Case No.: 19-cv-07714-AJN

Dear Judge Nathan:

We represent Defendant Paul Smith LLC in this matter. We write to respectfully request an extension of time to file a Stipulation of Dismissal, from January 31, 2020 to March 31, 2020, to allow the parties to finalize the terms of the settlement agreement and transmit payment. The parties respectfully request that upon filing this Stipulation, that the Court kindly issue an Order of Dismissal with Prejudice. This is the parties' second request for an extension of time to file a Stipulation of Dismissal. All previous requests have been granted.

SO ORDERED.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

s/
Adam G. Guttell

cc: All counsel of record (via ECF)

4824-9395-3459, v. 1

1/31/20

SO ORDERED

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE